The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PASS LLC, HIGH COUNTRY CONTRACTORS, INC., GLOBAL CONSTRUCTION SOLUTIONS, INC., FOUNDATION SPECIALISTS LLC, INLAND WATERPROOFING SERVICES LLC, WEST COAST ELECTRICAL SERVICES, LLC, FIRE SPRINKLERS INCORPORATED, JANES COMPANY, INC., TRI STATE PLUMBING, INC., INSTALLED BUILDING PRODUCTS II LLC d/b/a INSULATION NORTHWEST, PREMIUM VALLEY PAINTING, INC., NORTHSTAR CONSTRUCTION & SHEET METAL, INC., NORTHWEST DOOR, INC., JAMES ELLISON, CAROLYN ELLISON, BRUCE BRENNEN, ANN CALLISTER, WILSON WANG, STACEY CHANG, DARREN WHITE, TONIA BEST, TIM HNATEYKO, ANNA HNATEYKO, OREST HOLUBEC, NATALIE HOLUBEC, FRANCES ERSKINE, JOHN ERSKINE, GEORGE DITTMEIER, ELIZABETH MILLER, JIM JOUDREY, DONNA JOUDREY, JEFF WOERNER, MICHELLE WOERNER, PATRICK STANTON, COURTNEY STANTON, ERIK HENNE and HEATHER HENNE,<br><br>　　　　Defendants. | No. 2:17-cv-01486 RSL<br><br>**ORDER AMENDING CASE SCHEDULE AND SERVICE DEADLINE**<br><br>[Clerk's Action Required] |

ORDER AMENDING CASE SCHEDULE AND SERVICE
DEADLINE - 1
Case No. 2:17-cv-01486 RSL



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1593471.02

Based upon the Stipulation Amending Case Schedule and Service Deadline dated and submitted on December 6, 2017 by AmTrust International Underwriters Limited ("AmTrust"), The Pass, LLC ("The Pass"), High Country Contractors, Inc. ("High Country Contractors"), and Jim and Donna Joudrey (all together collectively hereinafter the "Parties"), being all of the Parties that have appeared to date in this matter, and the Court having been informed by the Stipulation and having found good cause,

IT IS HEREBY ORDERED that the case schedule dates reflected in the Order dated November 15, 2017 (ECF Docket No. 19) and the FRCP 4 deadline for service on the Defendants be amended as follows:

| Event | Initial Scheduling Date | Amended Scheduling Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | November 29, 2017 | **January 29, 2018** |
| Deadline for Service on All Defendants | January 2, 2018 | **February 1, 2018** |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | December 6, 2017 | **February 5, 2018** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | December 13, 2017 | **February 12, 2018** |

DATED this 12th day of December, 2017.

/s/ Robert S. Lasnik
HONORABLE ROBERT S. LASNIK

//
//
//

ORDER AMENDING CASE SCHEDULE AND SERVICE
DEADLINE - 2
Case No. 2:17-cv-01486 RSL

1593471.02



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

Presented by:

RYAN SWANSON & CLEVELAND, PLLC

By /s/ Jo M. Flannery
     Jo M. Flannery, WSBA #26086
     Attorneys for Plaintiff

1201 Third Avenue Suite 3400
Seattle, Washington 98101
Phone: 206-447-4400
flannery@ryanlaw.com

Edward F. Ruberry
David J. Altschuler
RUBERRY STALMACK & GARVEY, LLC
10 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 466-8050
Facsimile: (312) 466-8055
Ed.Ruberry@ruberry-law.com
david.altschuler@ruberry-law.com
**ATTORNEYS FOR PLAINTIFF AMTRUST INTERNATIONAL UNDERWRITERS LIMITED**

ASHBAUGH BEAL

By /s/ Zachary O. McIsaac
     Zachary O. McIsaac, WSBA #5833
     Tristan N. Swanson, WSBA #41934

701 5th Ave Ste 4400
Seattle, WA 98104-7031
Phone: (206) 386-5900
Fax: (206) 344-7400
zmcisaac@ashbaughbeal.com
tswanson@ashbaughbeal.com
**ATTORNEYS FOR DEFENDANT THE PASS, LLC**

//

ORDER AMENDING CASE SCHEDULE AND SERVICE
DEADLINE - 3
Case No. 2:17-cv-01486 RSL

1593471.02



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

HELSELL FETTERMAN LLP

By /s/ *Pauline V. Smetka*
   Pauline V. Smetka, WSBA #11183

1001 Fourth Avenue, Suite 4200
Seattle, WA 98154
T: (206) 689-2119
F: (206) 340-0902
psmetka@helsell.com
**ATTORNEYS FOR DEFENDANT
HIGH COUNTRY CONTRACTORS,
INC.**

HARPER | HAYES PLLC

By /s/ *Todd C. Hayes*
   Todd C. Hayes, WSBA No. 26361

600 University Street, Suite 2420
Seattle, WA 98101
Tel. 206.340.8010
Fax. 206.260.2852
Email: todd@harperhayes.com
**ATTORNEYS FOR DEFENDANTS
JIM AND DONNA JOUDREY**

ORDER AMENDING CASE SCHEDULE AND SERVICE
DEADLINE - 4
Case No. 2:17-cv-01486 RSL



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1593471.02