The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PASS LLC, HIGH COUNTRY CONTRACTORS, INC., GLOBAL CONSTRUCTION SOLUTIONS, INC., FOUNDATION SPECIALISTS LLC, INLAND WATERPROOFING SERVICES LLC, WEST COAST ELECTRICAL SERVICES, LLC, FIRE SPRINKLERS INCORPORATED, JANES COMPANY, INC., TRI STATE PLUMBING, INC., INSTALLED BUILDING PRODUCTS II LLC d/b/a INSULATION NORTHWEST, PREMIUM VALLEY PAINTING, INC., NORTHSTAR CONSTRUCTION & SHEET METAL, INC., NORTHWEST DOOR, INC., JAMES ELLISON, CAROLYN ELLISON, BRUCE BRENNEN, ANN CALLISTER, WILSON WANG, STACEY CHANG, DARREN WHITE, TONIA BEST, TIM HNATEYKO, ANNA HNATEYKO, OREST HOLUBEC, NATALIE HOLUBEC, FRANCES ERSKINE, JOHN ERSKINE, GEORGE DITTMEIER, ELIZABETH MILLER, JIM JOUDREY, DONNA JOUDREY, JEFF WOERNER, MICHELLE WOERNER, PATRICK STANTON, COURTNEY STANTON, ERIK HENNE and HEATHER HENNE,<br><br>　　　　Defendants. | No. 2:17-cv-01486 RSL<br><br>**ORDER AMENDING CASE SCHEDULE AND SERVICE DEADLINE**<br><br>**[Clerk's Action Required]** |

ORDER AMENDING CASE SCHEDULE - 1
Case No. 2:17-cv-01486 RSL



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1593471.01

Based upon the Stipulation Amending Case Schedule and Service Deadline dated and submitted on January 31, 2018 by AmTrust International Underwriters Limited, The Pass, LLC, High Country Contractors, Inc., Jim and Donna Joudrey, and Global Construction Solutions, Inc. (all together collectively hereinafter the "Parties"), being all of the parties that have appeared to date in this matter, and the Court having been informed by the Stipulation and having found good cause,

IT IS HEREBY ORDERED that the case schedule dates reflected in the Order dated December 12, 2017 (ECF Docket No. 25) be amended as follows:

| Event | Initial Scheduling Date | Amended Scheduling Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference | January 29, 2018 | **March 28, 2018** |
| Deadline for Service on All Defendants | February 1, 2018 | **February 24, 2018** |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | February 5, 2018 | **April 4, 2018** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | February 12, 2018 | **April 11, 2018** |

DATED this 2nd day of Feb., 2018.

_____
HONORABLE ROBERT S. LASNIK

//
//
//

ORDER AMENDING CASE SCHEDULE - 2
Case No. 2:17-cv-01486 RSL



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1593471.01

1  Presented by:

2  RYAN SWANSON & CLEVELAND, PLLC

3

   By /s/ Jo M. Flannery
4      Jo M. Flannery, WSBA #26086

5  1201 Third Avenue Suite 3400
   Seattle, Washington 98101
6  Phone: 206-447-4400
7  flannery@ryanlaw.com

8  and

9  Edward F. Ruberry
10 David J. Altschuler
   RUBERRY STALMACK & GARVEY, LLC
11 10 South LaSalle Street, Suite 1800
   Chicago, Illinois 60603
12 Telephone: (312) 466-8050
   ed.ruberry@ruberry-law.com
13 david.altschuler@ruberry-law.com

14
   Attorneys for Plaintiff
15 AmTrust International Underwriters Limited

16 ASHBAUGH BEAL

17

18 By /s/ Tristan Swanson
      Tristan N. Swanson, WSBA #41934
19    Zachary O. McIsaac, WSBA #5833
      Attorneys for Defendant The Pass, LLC
20

21 701 5th Ave Ste 4400
   Seattle, WA 98104-7031
22 Phone: (206) 386-5900
   Fax: (206) 344-7400
23 zmcisaac@ashbaughbeal.com
24 tswanson@ashbaughbeal.com

25

26

ORDER AMENDING CASE SCHEDULE - 3
Case No. 2:17-cv-01486 RSL



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1593471.01

HELSELL FETTERMAN LLP

By /s/ Pauline Smetka
   Pauline V. Smetka, WSBA #11183
   Attorneys for Defendant High Country Contractors, Inc

1001 Fourth Avenue, Suite 4200
Seattle, WA 98154
T: (206) 689-2119
F: (206) 340-0902
psmetka@helsell.com

HARPER | HAYES PLLC

By /s/ Todd Hayes
   Todd C. Hayes, WSBA No. 26361
   Attorneys for Defendants Jim and Donna Joudrey

600 University Street, Suite 2420
Seattle, WA 98101
Tel. 206.340.8010
Fax. 206.260.2852
Email: todd@harperhayes.com

MARSTON ELISON

By /s/ Terry Ray Marston, II
   Terry Ray Marston, II
   Attorneys for Defendant Global Construction Solutions, Inc.

16880 NE 79th St.
Anderson Pk Bldg
Redmond, WA 98052-4424
Tel. 425.861.5700
Fax. 425.861.6969
Email: terry@marstonlegal.com

ORDER AMENDING CASE SCHEDULE - 4
Case No. 2:17-cv-01486 RSL