The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AMTRUST INTERNATIONAL UNDERWRITERS LIMITED,

Plaintiff,

v.

THE PASS LLC, HIGH COUNTRY CONTRACTORS, INC., GLOBAL CONSTRUCTION SOLUTIONS, INC., FOUNDATION SPECIALISTS LLC, INLAND WATERPROOFING SERVICES LLC, WEST COAST ELECTRICAL SERVICES, LLC, FIRE SPRINKLERS INCORPORATED, JANES COMPANY, INC., TRI STATE PLUMBING, INC., INSTALLED BUILDING PRODUCTS II LLC d/b/a INSULATION NORTHWEST, PREMIUM VALLEY PAINTING, INC., NORTHSTAR CONSTRUCTION & SHEET METAL, INC., NORTHWEST DOOR, INC., JAMES ELLISON, CAROLYN ELLISON, BRUCE BRENNEN, ANN CALLISTER, WILSON WANG, STACEY CHANG, DARREN WHITE, TONIA BEST, TIM HNATEYKO, ANNA HNATEYKO, OREST HOLUBEC, NATALIE HOLUBEC, FRANCES ERSKINE, JOHN ERSKINE, GEORGE DITTMEIER, ELIZABETH MILLER, JIM JOUDREY, DONNA JOUDREY, JEFF WOERNER, MICHELLE WOERNER, PATRICK STANTON, COURTNEY STANTON, ERIK HENNE and HEATHER HENNE,

Defendants.

No. 2:17-cv-01486 RSL

**STIPULATION AND ORDER OF DISMISSAL**

[PROPOSED]

**NOTED: September 14, 2018**

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. 2:17-cv-01486 RSL

1757061.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the compromise reached between the parties, Plaintiff AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, and all remaining Defendants, hereby stipulate and agree that the above action is hereby dismissed in its entirety with prejudice and without costs, disbursements, or attorneys' fees to any party.

DATED this 12th day of September, 2018.

RYAN SWANSON & CLEVELAND, PLLC

By /s/ Jo M. Flannery
Jo M. Flannery, WSBA #26086
1201 Third Avenue Suite 3400
Seattle, Washington 98101
Phone: 206-447-4400
flannery@ryanlaw.com

Edward F. Ruberry
David J. Altschuler
RUBERRY STALMACK & GARVEY, LLC
10 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 466-8050
Facsimile: (312) 466-8055
Ed.Ruberry@ruberry-law.com
david.altschuler@ruberry-law.com
**ATTORNEYS FOR PLAINTIFF AMTRUST INTERNATIONAL UNDERWRITERS LIMITED**

ASHBAUGH BEAL

By /s/ Tristan N. Swanson
Zachary O McIsaac, WSBA #5833
Tristan N. Swanson, WSBA #41934
701 5th Ave Ste 4400
Seattle, WA 98104-7031
Phone: (206) 386-5900
Fax: (206) 344-7400
zmcisaac@ashbaughbeal.com
tswanson@ashbaughbeal.com

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 2:17-cv-01486 RSL

1757061.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

**ATTORNEYS FOR DEFENDANT THE PASS, LLC**

HELSELL FETTERMAN LLP

By */s/ Shawn Q. Butler*
Pauline V. Smetka, WSBA #11183
Shawn Q. Butler, WSBA #45731
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154
T: (206) 689-2119
F: (206) 340-0902
psmetka@helsell.com
sbutler@helsell.com
**ATTORNEYS FOR DEFENDANT HIGH COUNTRY CONTRACTORS, INC**

HARPER | HAYES PLLC

By */s/ Todd C. Hayes*
Todd C. Hayes, WSBA #26361
600 University Street, Suite 2420
Seattle, WA 98101
Tel. 206.340.8010
Fax. 206.260.2852
todd@harperhayes.com
**ATTORNEYS FOR DEFENDANTS JIM AND DONNA JOUDREY**

FOREMAN STURM & THEDE LLP

By */s/ Linda L. Foreman*
Linda L. Foreman, WSBA #11817
5825 60th St SE
Snohomish, WA 98290-5104
Phone: (425)377-1100
linda@foremansturm.com
**COVERAGE COUNSEL FOR DEFENDANTS GLOBAL CONSTRUCTION SOLUTIONS, INC.**

SCHEER LAW GROUP LLP

By */s/ David E. Worley*
Jonathan Dirk Holt WSBA #28433
David E. Worley, WSBA #46948

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. 2:17-cv-01486 RSL



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1757061.01

701 Pike Street, Suite 2200
Seattle, WA 98101
P: (206) 262-1200
dholt@scheerlaw.com
dworley@scheerlaw.com
**ATTORNEYS FOR DEFENDANT
INSULATION NORTHWEST, LLC**

STIPULATION AND ORDER OF DISMISSAL - 4
Case No. 2:17-cv-01486 RSL

1757061.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

**ORDER**

It is so ORDERED.

DATED this 13<sup>+</sup> day of Sept., 2018.

*/s/ Robert S. Lasnik*

THE HONORABLE ROBERT S. LASNIK

Presented by:

RYAN SWANSON & CLEVELAND, PLLC

By */s/ Jo M. Flannery*
Jo M. Flannery, WSBA #26086
1201 Third Avenue Suite 3400
Seattle, Washington 98101
Phone: 206-447-4400
flannery@ryanlaw.com

Edward F. Ruberry
David J. Altschuler
RUBERRY STALMACK & GARVEY, LLC
10 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 466-8050
Facsimile: (312) 466-8055
Ed.Ruberry@ruberry-law.com
david.altschuler@ruberry-law.com
**ATTORNEYS FOR PLAINTIFF AMTRUST INTERNATIONAL UNDERWRITERS LIMITED**

STIPULATION AND ORDER OF DISMISSAL - 5
Case No. 2:17-cv-01486 RSL


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1757061.01